# United States District Court
# For The Western District of North Carolina
# Asheville Division

Ras Selassie Bryson,

    Plaintiff(s),

vs.

Ocwen Federal Bank FSB,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

1:09-cv-00294

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 3, 2010 Order.

Signed: June 4, 2010

Frank G. Johns, Clerk
United States District Court